UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

THE TALBOTS, INC.

                      Defendants.
------------------------------------------------------------------------X

Case No.: 1:22-cv-2637

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: March 15, 2023
      Hackensack, New Jersey

*s/Mark Rozenberg*
Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: March 15, 2023
      New York, New York

*s/Joseph Myer Sanderson*
Joseph Myer Sanderson
STEPTOE & JOHNSON, LLP
1114 Avenue of the Americas
New York, NY 10036
212-378-7615
josanderson@steptoe.com
*Attorneys for Defendant*